IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>        Defendant. | C.A. No. 24-_____ |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff International Purchasing and Supply Chain Management Institute LLC ("IPSCMI" or "Plaintiff") makes the following disclosure:

There is no corporation that owns 10% or more of the stock of IPSCMI.

Dated: September 9, 2024

SMITH KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC*