IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Defendant. | C.A. No. 24-1018-CFC |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff International Purchasing and Supply Chain Management Institute LLC ("IPSCMI" or "Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 77.2(a)(4), hereby moves that the Clerk of Court enter the default of Defendant International Procurement and Supply Chain Management Institute LLC ("Procurement" or "Defendant") for failure to plead or otherwise defend in a timely manner. A proposed Order is attached hereto as Exhibit 1.

1. In the Complaint, filed on September 9, 2024, IPSCMI seeks injunctive relief, damages, fees and costs. (D.I. 1).

2. Pursuant to Federal Rule of Civil Procedure 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or

otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

3. Defendant International Procurement and Supply Chain Management Institute LLC was served with the Complaint (D.I. 1) on September 10, 2024, as indicated on the Proof of Service. (D.I. 5).

4. A defendant must serve an answer "within 21 days after being served with the summons and complaint[,]" Fed. R. Civ. P. 12(a)(1)(A)(i), making the deadline October 1, 2024, *see* Fed. R. Civ. P. 6(a)(1) (specifying the rules for computing time for periods stated in days).

5. Defendant International Procurement and Supply Chain Management Institute LLC has failed to timely serve or file an Answer to the Complaint. (Exhibit 2, Declaration of Daniel A. Taylor at ¶¶ 5-7). Accordingly, the entry of a default by the Clerk of Court is appropriate at this time.

WHEREFORE, Plaintiff IPSCMI respectfully requests that the Clerk of Court enter the default of Defendant International Procurement and Supply Chain Management Institute LLC for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October 2, 2024                **SMITH KATZENSTEIN & JENKINS LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC*