# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

**DECLARATION OF DANIEL A. TAYLOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

I, Daniel A. Taylor, declare:

1. I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP, a member in good standing of the bars of the Supreme Court of Delaware, the Supreme Judicial Court of Massachusetts, and the Supreme Court of Pennsylvania, and counsel for Plaintiff IPSCMI in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein. I submit this Declaration to provide the Court with information relevant to Plaintiff IPSCMI's Motion for Entry of Default.

3. Plaintiff IPSCMI commenced this action on September 9, 2024. (D.I. 1).

4. On September 10, 2024, Plaintiff IPSCMI served the Summons and Complaint on Defendant International Procurement and Supply Chain Management Institute LLC by its registered agent. (D.I. 5).

5. Plaintiff IPSCMI has never agreed to stay or otherwise delay this case.

6. Plaintiff IPSCMI has received no response with respect to the Summons and Complaint from Defendant or any person claiming an interest in this litigation.

7. No response has been filed on the docket on behalf of the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 2, 2024

*/s/ Daniel A. Taylor*
Daniel A. Taylor