# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>  Defendant. | C.A. No. 24-1018-CFC |

## CERTIFICATE OF SERVICE

I, Daniel A. Taylor, hereby certify that on October 2, 2024, true and correct copies of the foregoing documents were served upon the following party by its registered agent via U.S. Mail:

> International Procurement and Supply
> Chain Management Institute LLC
> c/o Harvard Business Services
> 16192 Coastal Highway
> Lewes, Delaware 19958

> */s/ Daniel A. Taylor*
> Daniel A. Taylor