# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

## CLERK'S ENTRY OF DEFAULT

At Wilmington, this 3rd day of October, 2024;

Plaintiff's Motion for Entry of Default (D.I. 7), the Declaration of Daniel A. Taylor in support thereof (D.I. 7-2) and the Court docket show that:

1. On September 9, 2024, Plaintiff IPSCMI ("IPSCMI") filed a Complaint against Defendant International Procurement and Supply Chain Management Institute LLC ("Defendant"). (D.I. 1).

2. On September 10, 2024, Plaintiff served the Summons and Complaint on Defendant. (D.I. 4; D.I. 5).

3. Pursuant to Federal Rule of Civil Procedure 12, the time for Defendant to move, answer, or otherwise respond to the Complaint was October 1, 2024.

4.     Defendant has not served an answer to the Complaint, nor has it may any appearance in the present action and, as a result, has failed to plead or otherwise defend against the judgment that Plaintiff seeks in the Complaint.

Therefore, pursuant to Rule 55(a), DEFAULT is HEREBY ENTERED against Defendant International Procurement and Supply Chain Management Institute LLC.

Plaintiff shall serve of copy of this Clerk's Entry of Default upon Defendant and shall file a proof of service regarding same.

RANDALL C. LOHAN, Clerk of Court

By: M. Shyer                Deputy Clerk