IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL PURCHASING
AND SUPPLY CHAIN
MANAGEMENT INSTITURE LLC,
    Plaintiff,

Vs.                                                                             C.A. No 24-1018-CFC

INTERNATIOA PROCUREMENT
AND SUPPLY CHAIN
MANAGEMENT INSTITUTE LLC,
    Defendant.

## AFFIDAVIT OF SERVICE

I, Lori Millar, County of Sussex, State of Delaware, being duly sworn, says that on the 3rd day of October 2024 at 2:50 p.m., I personally served a Motion for Default with Exhibits 1-2 and Certificate of Service upon **INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUE LLC** by serving the registered agent, Harvard Business Services Inc located at 16192 Coastal Highway, Lewes, DE 19958.

Name of individual accepting service: Allison Rathmanner

Description of individual served: Caucasian female, approximately 40-45 years of age, with brown hair, approximately 100 lbs, approximately 5'5 in height

                                                       _____
                                                            Lori Millar

Subscribed and sworn before me
This 3rd day of October 2024.

_____
Notary Public
My commission expires:

                          SHELLY RAE MILES
                          NOTARY PUBLIC
                          STATE OF DELAWARE
                          KENT COUNTY
                          20231113000003
                          My Commission Expires December 2, 2025