IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL PURCHASING
AND SUPPLY CHAIN
MANAGEMENT INSTITUE LLC,
    Plaintiff,

Vs.                                              C.A. No 24-1018-CFC

INTERNATIONAL PROCUREMENT
AND SUPPLY CHAIN
MANAGEMENT INSTITUTE LLC,
    Defendant.

## AFFIDAVIT OF SERVICE

I, Tina Irizarry, County of Sussex, State of Delaware, being duly sworn, says that on the 4th day of October 2024 at 10:56 a.m., I personally served a Clerks's Entry of Deafult upon **INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUE LLC** by serving the registered agent, Harvard Business Services Inc located at 16192 Coastal Highway, Lewes, DE 19958.

Name of individual accepting service: Allison Rathmanner

Description of individual served: Caucasian female, approximately 40-45 years of age, with brown hair, approximately 100 lbs, approximately 5'5 in height

*[signature]*
Tina Irizarry
Parcels, Inc.-1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 4th day of October 2024.

*[signature]*
Notary Public
My commission expires:

**SHELLY RAE MILES**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
**KENT COUNTY**
**20231113000003**
My Commission Expires December 2, 2025