**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC, <br><br> Defendant. | C.A. No. 24-1018-CFC |

**PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT AND ORDER OF INJUNCTION**

Plaintiff International Purchasing and Supply Chain Management Institute LLC ("IPSCMI" or "Plaintiff"), respectfully moves for default judgment pursuant to Federal Rule of Civil Procedures 55(b)(2) and an order of injunction pursuant to Rule 65.  IPSCMI also moves for an award of costs, a finding that this case is exceptional, and an award of fees.  The grounds for this Motion are set forth in IPSCMI's Opening Brief in Support of Its Motion for Default Judgment and Order of Injunction.  A proposed Default Judgment and Order of Injunction pursuant to Rule 65(d) is attached hereto as Exhibit 1.

Dated: October 18, 2024　　　　　　　**SMITH KATZENSTEIN & JENKINS LLP**

　　　　　　　　　　　　　　　　　　*/s/ Daniel A. Taylor*
　　　　　　　　　　　　　　　　　　Neal C. Belgam (No. 2721)
　　　　　　　　　　　　　　　　　　Daniel A. Taylor (No. 6934)
　　　　　　　　　　　　　　　　　　1000 West Street, Suite 1501
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 652-8400
　　　　　　　　　　　　　　　　　　nbelgam@skjlaw.com
　　　　　　　　　　　　　　　　　　dtaylor@skjlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC*