# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Defendant. | C.A. No. 24-1018-CFC |

## **DECLARATION OF LEROY H. GRAW**

1. I am over 18 years of age and am President of International Purchasing and Supply Chain Management Institute LLC ("IPSCMI"), plaintiff in the above-captioned matter. I submit this Declaration in support of IPSCMI's Motion for Default Judgment and Order of Injunction. I have personal knowledge of the facts stated herein and can competently testify thereto.

2. IPSCMI presently offers more than a dozen supply chain, purchasing/procurement, and other certifications.

3. There are 3 elements to a certification program: training, testing, and certification.

4.  The individuals who seek certifications are known as "students". Students receive training. The students are then tested, and upon attaining a passing score, earn certifications.

5.  In some instances, IPSCMI provides training and/or testing services to students.

6.  In other instances, IPSCMI contracts with alliance partners to provide training and/or testing services to students in specific geographic regions.

7.  In their specified regions, IPSCMI's alliance partners host conferences, perform in-person and virtual training, arrange testing, and work with national and regional authorities to facilitate marketplace uptake of IPSCMI certifications.

8.  IPSCMI certifications last for 5 years, at which point, students must show recent training and/or professional experiences to recertify.

9.  IPSCMI also offers lifetime certifications to students who have at least 15 years of full-time professional and/or supply management experience.

10. Based upon experience over the years, IPSCMI expects that a majority of certification holders will purchase training and/or recertification at the 5-year mark.

11. Starting in May 2024, alliance partners began contacting IPSCMI about what they called "Fake IPSCMI."

12. A true and correct copy of an email from one of IPSCMI's alliance partners, including attached images of certificates from Defendant International Procurement and Supply Chain Management Institute LLC ("Defendant") posted to LinkedIn, is attached as **Exhibit A**.

13. Since then, IPSCMI has received a number of emails from students who have purchased certifications from Defendant, and who want to know if theirs is a *bona fide* IPSCMI certification.

14. True and correct copies of several emails documenting student confusion are attached as **Exhibit B**.

15. In electronic mail and other communications, it is extremely hard to tell the difference between IPSCMI and Defendant.

16. True and correct copies of emails a student received with reference to a certification provided by Defendant are attached as **Exhibit C**.

17. As a result of Defendant's actions in the marketplace, offering its testing and certification services as an alternate source for testing to attain certifications with the same names as IPSCMI's certifications, IPSCMI's alliance partner in Egypt has offered students the option to pursue testing at either Defendant's website (IPSCMI.US) or Plaintiff's website (IPSCMI.ORG).

18. Under the contract between IPSCMI and the alliance partner, these acts constituted breach of contract, and on September 10, 2024, IPSCMI terminated the contract between the two companies.

19. Attached as **Exhibit D** is a true and correct copy of the termination notice.

20. The confusion associated with Defendant's acts has harmed, and will continue to harm IPSCMI's business reputation, brand, certifications, relationships with students, and relationships with alliance partners. Although IPSCMI has lost revenues based upon Defendant's actions, the damage to IPSCMI's reputation is immeasurable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2024.

_____
LeRoy H. Graw