# EXHIBIT A

| | |
|---|---|
| Subject: | **Fwd: Fake IPSCMI** |
| Date: | 9/5/2024 4:50:55 AM Pacific Daylight Time |
| From: | menon@blueoceancorporation.com |
| To: | latingraw@aol.com |
| Cc: | jesse@ipscmi.org |

Dear Dr

We need to take this seriously.

Theres a direct attempt to disrupt our market here.

Please let me know what are the steps taken to stop this company from operating so that we can educate the market.


Regards
Dr. Sathya Menon
FCIPS, FCLIT, FCMI, CPM, CICCM, CISCM,
CERTIFIED SAP CONSULTANT - SCM
Group CEO

Sent from my iPhone

Begin forwarded message:

> **From:** Irfan <irfan@blueoceancorporation.com>
> **Date:** 5 September 2024 at 15:40:26 GMT+4
> **To:** "Dr. Sathya Menon" <menon@blueoceancorporation.com>
> **Subject: Fake IPSCMI**
>
>
> Dear Sir
>
> We are reaching out to address a growing concern regarding a certification body offering procurement-related certifications under IPSCMI in Saudi Arabia. This entity appears to be causing significant confusion among our students and leads.
>
> We have diligently worked to register IPSCMI certification with HADAF to ensure government recognition for our local audience. However, it seems that this new certification body may be attempting to attract our target market with misleading claims and lower prices.
>
> It is crucial that we take decisive action to prevent any potential harm to our organization and to uphold the integrity of the IPSCMI certification in the market.
>
> For your reference, please find attached proof of the certificates being issued by this body, along with a link to their website.
>
> https://ipscmi.us/blog/
>
> Best Regards
>
> **Mohammed Irfan**

1

image001.png

P.O. Box 116687, Suite B2505, Latifa Towers,
Sheikh Zayed Road, Opposite World Trade Centre,
Dubai, U.A.E
Tel           : +971-4-3148500
Mobile     : +971-54-5815600
Web site  : www.blueoceanacademy.com
LinkedIn  : http://linkedin.com/in/mohammed-irfan-b75ab615

PHOTO-2024-09-05-15-15-46.jpg  PHOTO-2024-09-05-15-36-54.jpg

2

image001.png





PHOTO-2024-09-05-15-l 5-46.jpg



**Marwan Al Ghamdi** · 1st
Project Procurement Manager @ PIF Projects | CIPM | CICCM | CIPSCA
11h · Edited · 🌐

Excited to share that I am now a Certified International Procurement & Supply Chain Ambassador (CIPSCA) accredited by #IPSCMI



### International Procurement and Supply Chain Management Institute

Board Of Directors Has Conferred Upon

Marwan Khalid Al-Ghamdi

The Designation Of

Certified International Procurement & Supply Chain Ambassador "CIPSCA"

For successfully passing a rigorous examination process based on industry standards, accredited by the ACCEA and IPSCMI Committee.



Celebrating a New Certification

PHOTO-2024-09-05-l 5-36-54.jpg



5

# EXHIBIT B

**From:** Ahmed Mohamed ElGuinedy [mailto:ahmed.m.elguinedy@gmail.com]
**Sent:** Monday, September 2, 2024 12:55 AM
**To:** admin@ipscmi.org
**Subject:** IPSCMI

Dear Sir,

Kindly need to know, if IPSCMI ( International Procurement and Supply Chain Management Institute) has any relation with you.

As you can see, they sent me emails to get involved with them, and I found that all the certificates they release are having the same (TM) of your certificates names like CICCM, that I was certified by you.

Kindly protect my certificate if they are hackers, as I don't Trust them and I was confused at first, as I thought they were you.

Best regards …
**Ahmed M. ElGuinedy**
**Head of Contracts**
**PMP, CICCM, CLAC, CAPM, ARBX, PRMG, NCN-A, SODFC, CEM**
**Mob.: 01093563622**
**Email: ahmed.m.elguinedy@gmail.com**

**From:** U.Fahad [mailto:ualdhaim@gmail.com]
**Sent:** Monday, September 2, 2024 9:36 PM
**To:** admin@ipscmi.org
**Subject:** Fwd: Exclusive Lifetime Certifications Just for You!

Hi Sir ,
Kindly I received this email
Is this offer true ? Are you the same organization?
Or it's fake
Best regards ,
UMRAN

---------- Forwarded message ---------
From: **IPSCMI Mailer** <mailer@ipscmi.us>
Date: Sun, 1 Sep 2024 at 5:03 PM
Subject: Exclusive Lifetime Certifications Just for You!
To: <ualdhaim@gmail.com>

Dear **UMRAN FAHAD A ALDHAIM,**

**IPSCMI** is thrilled to offer you two exclusive opportunities to boost your career in supply chain and procurement—both with lifetime validity!

1. The **CIPSCA** (Certified International Procurement and Supply Chain Ambassador) certification has been added to your account, fully funded by IPSCMI. Log in with your credentials and find it under **My Certifications** in **My Account.**
2. Enjoy a **50% discount** on any certification of your choice (excluding Expert Level CISCE and CIPE) using the code **IPSCMI50OFF.** This offer is valid until **September 15th** for one certification only. Make sure you're logged in for the discount to apply at checkout.

Log in here. If you need to reset your password, do so here.

Don't miss this chance to advance your expertise!

Best regards,

IPSCMI - US

16192 Coastal Highway Lewes, Delaware 19958, USA

Tel: 1-302-855-6223

Email: admin@ipscmi.us

**From:** Hosam EL-Kmhawy [mailto:hosamelkmhawy@gmail.com]
**Sent:** Monday, September 9, 2024 8:20 PM
**To:** admin@ipscmi.org
**Subject:** what is the differences between IPSCMI.org or IPSCMI.com or IPSCMI.us?

```
what is the differences between IPSCMI.org or IPSCMI.com or IPSCMI.us?
```

**From:** Andrew Magdy [mailto:a.estaphanos@gmail.com]
**Sent:** Friday, October 4, 2024 5:26 AM
**To:** admin@ipscmi.org
**Subject:**

Gents,

I have enrolled in CIPM program with Task Centre in Egypt Self Study Course and I have just recieved my certification which appears to be fake from others on Linkedin so I want to make sure that this is authorised one from you noting that I had done my exam from this url ipscmi.us not ipscmi.org as yours.

Please advise for this situation.



# EXHIBIT C

| | |
|---|---|
| From: | IPSCMI Mailer <mailer@ipscmi.us> |
| Sent: | Friday, August 30, 2024 6:08 PM |
| To: | ahmed.m.elguinedy@gmail.com |
| Subject: | Your New IPSCMI Certification Details!! |

Hello,

Welcome to IPSCMI International Procurement & Supply Chain Management Institute!

We are excited to have you on board. You are now enrolled in one of our international certifications.

Accessing Your Certification Is Easy! To make the process as seamless as possible, please find your personalized login credentials below:

Login Link

Or

please reset your password by entering your registered email using this link:

Password Reset.

Please note that your access to practice the mock exam and pass the final exam is limited to one month from your enrollment date.

If you need any assistance, feel free to reach out to us at admin@ipscmi.us.

Best regards,
The IPSCMI Team

16192 Coastal Highway, Lewes, Delaware 19958, USA

Don't want to receive this email anymore? Click here to manage your notification email subscriptions.

| | |
|---|---|
| **From:** | IPSCMI Mailer <mailer@ipscmi.us> |
| **Sent:** | Sunday, September 1, 2024 12:30 PM |
| **To:** | ahmed.m.elguinedy@gmail.com |
| **Subject:** | Results of Your Recent Exam - Certified International Procurement & Supply Chain Ambassador (CIPSCA) |

Dear Ahmed Mohamed Ahmed ElGuinedy,
This email is to inform you of the results for your recent Certified International Procurement &#038; Supply Chain Ambassador (CIPSCA) exam.
You achieved a score of 94.34% on the exam.
IPSCMI Exam Official Committee.

# EXHIBIT D

| | |
|---|---|
| Subject: | **TERMINATION NOTICE** |
| Date: | 9/10/2024 8:06:32 PM Pacific Daylight Time |
| From: | latingraw@aol.com |
| To: | mrefaat@task-tc.com |
| Cc: | jesse@ipscmi.org, JENNIFER@IPSCMI.ORG, fionaxia@ipscmi.org |

# TERMINATION NOTICE

September 10, 2024

**TASK**
Villa # 113, 2nd District, 5th Region, 5th Settlement,
New Cairo, Cairo, Egypt.

Subject:    Termination for Default/Cause, IPSCMI/TASK Alliance Agreement

Dear Mohamed Refaat
Managing Director | TASK – Egypt

IPSCMI hereby terminates for default/cause, in accordance with Paragraph X TERMINATION, SUBPARAGRAPH ii, subject Agreement with TASK effective this date. TASK has failed to abide by the terms of exclusivity under the Agreement by telling one or more students in IPSCMI programs that THEY HAVE A CHOICE BETWEEN USING EITHER IPSCMI.ORG OR IPSCMI.US TO TAKE AN EXAMINATION. Moreover, other alliance partners continue to report infringement by TASK of their territorial exclusivity, with TASK enrollment of students residing outside Egypt. TASK shall discontinue work under this Agreement and place no orders for materials, facilities, supplies, and services in connection therewith and commence immediately the orderly closeout of the Agreement in order to mitigate the damages thereunder. In addition, TASK shall promptly cancel existing orders, subcontracts, leases, agreements, and other commitments pertaining to this Agreement.

In addition to the requirements above, TASK is directed to take the following actions:

1. Immediately upon receipt by IPSCMI of this notice, close all cost accounts and charge numbers.

2. Timely submit student lists and tuition fees for TASK students awaiting IPSCMI certification.

3. Identify, status, catalog, recover, protect, and provide for return to IPSCMI of currently existing intellectual property, including trademarked documents, examinations, and training materials.

Please acknowledge receipt of this notice by return email.

Sincerely:

LEROY GRAW



TITLE:  PRESIDENT, IPSCMI

Dr. LeRoy H. Graw, EdD, CPP, CPPM, C.P.M., CPCM, CISCM, CICCM, CIPTC
EMAIL PREFERRED IN LIEU OF PHONE CALL!!
Lieutenant Colonel, US Army Retired
President, International Purchasing and Supply Chain Management Institute ([www.ipscmi.org](www.ipscmi.org))
President, American Certification Institute, ([www.amcertinst.org](www.amcertinst.org))
253-248-7188
Fax: 1-415-651-8884