**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC, | |
| Plaintiff, | |
| v. | C.A. No. 24-1018-CFC |
| INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Daniel A. Taylor, hereby certify that the foregoing Motion for Default Judgment and Order of Injunction will be served on Defendant via its registered agent, and an Affidavit of Service will be docketed thereafter:

International Procurement and Supply
Chain Management Institute LLC
c/o Harvard Business Services
16192 Coastal Highway
Lewes, Delaware 19958

*/s/ Daniel A. Taylor*
Daniel A. Taylor