IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL PURCHASING
AND SUPPLY CHAIN
MANAGEMENT INSTITUE LLC,
    Plaintiff,

Vs.                                                                                    C.A. No 24-1018-CFC

INTERNATIONAL PROCUREMENT
AND SUPPLY CHAIN
MANAGEMENT INSTITUTE LLC,
    Defendant.

AFFIDAVIT OF SERVICE

I, Tina Irizarry, County of Sussex, State of Delaware, being duly sworn, says that on the 21st day of October 2024 at 11:04 a.m., I personally served a Motion for Default Judgment and Order of Injunction, Proposed Default Judgment and Order of Injunction, Opening Brief ISO Motion for Default Judgment, Declaration of Leroy H Graw with Exhibits and Certificate of Service upon **INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUE LLC** by serving the registered agent, Harvard Business Services Inc located at 16192 Coastal Highway, Lewes, DE 19958.

Name of individual accepting service: Gary Damiani

Description of individual served: Caucasian male, approximately 40-45 years of age, with no hair, approximately 140 lbs, approximately 5'7 in height

*[signature: Tina Irizarry]*
Tina Irizarry
Parcels, Inc.-1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 21st day of October 2024.

*[signature: Shelly Rae Miles]*
Notary Public
My commission expires:

SHELLY RAE MILES
NOTARY PUBLIC
STATE OF DELAWARE
KENT COUNTY
20231113000003
My Commission Expires December 2, 2025