# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

### SUPPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT PURSUANT TO JUDGE CONNOLLY'S STANDING ORDER REGARDING DISCLOSURE STATEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff International Purchasing and Supply Chain Management Institute LLC ("IPSCMI" or "Plaintiff") makes the following disclosure:

There is no corporation that owns 10% or more of the stock of IPSCMI.

\* \* \* \*

Pursuant to Judge Connolly's Standing Order Regarding Disclosure Statement Required by Federal Rule of Civil Procedure 7.1, and further pursuant to the Court's November 14, 2024 Oral Order, (D.I. 14), Plaintiff makes the following supplemental disclosure:

The members of IPSCMI are as follows:

- LeRoy H. Graw

- Guoqun "Grace" Yang

These individuals constitute every individual and corporation with a direct or indirect interest in IPSCMI.

Dated: November 18, 2024                    **SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC*