IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL PROCUREMENT AND SUPPLY MANAGEMENT INSTITUTE LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 24-1018-CFC |

## ORDER

At Wilmington this 18th day of November 2024,

IT IS HEREBY ORDERED that a hearing on Plaintiff's pending motion for default judgment (D.I. 10) shall be held on **Thursday, January 16, 2025, at 2:00 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware. As per this court's normal practice, Plaintiff's counsel should be prepared to recite the facts of record relating to proper service, lack of response, and the relief requested, including the amount of damages requested, if any.

_____
Chief Judge