# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Defendant. | C.A. No. 24-1018-CFC |

## CERTIFICATE OF SERVICE

I, Daniel A. Taylor, hereby certify that on November 27, 2024, a true and correct copy of DI [15] Plaintiff's Supplemental Rule 7.1 Corporate Disclosure Statement was mailed to the following party via U.S. Mail:

> International Procurement and Supply
> Chain Management Institute LLC
> c/o Harvard Business Services
> 16192 Coastal Highway
> Lewes, Delaware 19958

>> */s/ Daniel A. Taylor*
>> Daniel A. Taylor (6934)