IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL PURCHASING
AND SUPPLY CHAIN
MANAGEMENT INSTITUE LLC,
    Plaintiff,

Vs.                                                                    C.A. No 24-1018-CFC

INTERNATIONAL PROCUREMENT
AND SUPPLY CHAIN
MANAGEMENT INSTITUTE LLC,
    Defendant.

## AFFIDAVIT OF SERVICE

I, Tina Irizarry, County of Sussex, State of Delaware, being duly sworn, says that on the 2nd day of December 2024 at 11:04 a.m., I personally served an Order upon **INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUE LLC** by serving the registered agent, Harvard Business Services Inc located at 16192 Coastal Highway, Lewes, DE 19958.

Name of individual accepting service: Allison Rathmanner at 9:57 am

Description of individual served: Caucasian female, 40-45 yrs. old, 100lbs., 5'5" with brown hair

_____
Tina Irizarry
Parcels, Inc.-1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 2nd day of December 2024.

_____
Notary Public
My commission expires:

SHELLY RAE MILES
NOTARY PUBLIC
STATE OF DELAWARE
KENT COUNTY
20231113000003
My Commission Expires December 2, 2025