# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Robert J. Katzenstein of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff International Purchasing and Supply Chain Management Institute LLC in the above-captioned matter.

| | |
|---|---|
| Dated: January 14, 2025 | **SMITH KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Robert J. Katzenstein*<br>Robert J. Katzenstein (No. 378)<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>rkatzenstein@skjlaw.com<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC* |