# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

## PLAINTIFF'S AMENDED BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54(d) and in accordance with the Court's Default Judgment in this matter finding this matter to be exceptional and awarding "the costs of the action and reasonable attorney fees pursuant to 15 U.S.C. § 1117(a) and/or 6 Del. C. § 2533(b)[,]" (D.I. 20 ¶¶ 1–8), Plaintiff International Purchasing and Supply Chain Management Institute LLC ("IPSCMI"), respectfully submits an Amended Bill of Costs, attached hereto as **Exhibit 1**. This document serves as an amended version of the Bill of Costs filed at D.I. 21.

|  |  |
|---|---|
| Dated: January 31, 2025 | **SMITH KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Daniel A. Taylor*<br>Robert J. Katzenstein (No. 378)<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>rjk@skjlaw.com<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC* |