# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>　　　Defendant. | C.A. No. 24-1018-CFC |

## PLAINTIFF'S MOTION FOR ATTORNEY FEES

Pursuant to Federal Rule of Civil Procedure 54(d) and in accordance with the Court's Default Judgment in this matter finding this matter to be exceptional and awarding "the costs of the action and reasonable attorney fees pursuant to 15 U.S.C. § 1117(a) and/or 6 Del. C. § 2533(b)[,]" (D.I. 20 ¶¶ 1–8), Plaintiff International Purchasing and Supply Chain Management Institute LLC ("IPSCMI"), respectfully moves for an award of attorney fees of $54,120.00. The specifics of the attorney fees are discussed in greater detail in the Declaration of Daniel A. Taylor attached as **Exhibit A**. A proposed Order is attached as **Exhibit B**.

Dated: January 31, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

<u>*/s/ Daniel A. Taylor*</u>
Robert J. Katzenstein (No. 378)
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff International Purchasing and Supply Chain Management Institute LLC*