# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

### DECLARATION OF DANIEL A. TAYLOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES

I, Daniel A. Taylor, declare:

1. I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP ("SKJ"), a member in good standing of the bars of the Supreme Court of Delaware, the Supreme Judicial Court of Massachusetts, and the Supreme Court of Pennsylvania, and counsel for Plaintiff IPSCMI in the above-captioned matter.

2. I am over the age of 18 and have personal knowledge of the facts set forth herein. I submit this Declaration to provide the Court with information relevant to Plaintiff IPSCMI's Application for Fees and Costs based upon the Court's award of costs and reasonable attorney fees. (D.I. 20 at ¶ 8).

3. As counsel for Plaintiff in this action, SKJ was involved in all aspects of this litigation.

4. Plaintiff IPSCMI commenced this action on September 9, 2024. (D.I. 1).

5. The Clerk of Court entered a default against Defendant on October 3, 2024. (D.I. 8).

6. The Court entered Default Judgment and an Order of Injunction against Defendant on January 16, 2025. (D.I. 20).

7. From August 2024 through January 30, 2025, as reflected in the following chart, SKJ professionals spent a total of 114.0 hours of time in connection with this matter. This work included investigating the legal and factual bases for the case; drafting the complaint; drafting the entry of default; drafting the motion for entry of default and order of injunction; drafting the accompanying brief and proposed order; preparing for and attending the hearing on default judgment; ensuring filing and service of all documents on Defendant; and preparing this fee application. As a result, Plaintiff incurred attorney fees of $54,120.00:

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Neal C. Belgam | Partner | $800.00 | 6.5 | $4,960.00 |
| Daniel A. Taylor | Associate | $500.00 | 92.0 | $46,000.00 |
| Morgan M. Daughton | Paralegal | $200.00 | 15.8 | $3,160.00 |
| | | Total | 114.0 | $54,120.00 |

2

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2025

*/s/ Daniel A. Taylor*
Daniel A. Taylor

3