# **EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>    Defendant. | C.A. No. 24-1018-CFC |

## [PROPOSED] ORDER

At Wilmington, on this ___ day of _____, 2025;

The Court having awarded Plaintiff "the costs of the action and reasonable attorney fees pursuant to 15 U.S.C. § 1117(a) and/or 6 Del. C. § 2533(b)[,]" (D.I. 20 ¶¶ 1–8) and upon consideration of Plaintiff's Motion for Fees and Costs;

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

1. Defendant and International Procurement and Supply Chain Management Institute LLC shall pay Plaintiff $54,120.00 in attorney fees; and

2. The Clerk of Court is directed to close the case

                                                                               _____
                                                                               The Honorable Colm F. Connolly
                                                                               Chief United States District Judge