**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

**CERTIFICATE OF SERVICE**

I, Daniel A. Taylor, hereby certify that on January 31, 2025, true and correct copies of the Court's Default Judgment & Order of Injunction (D.I. 20), Plaintiff's Amended Bill of Costs (D.I. 22), and Plaintiff's Motion for Attorney Fees (D.I. 23) were mailed to the following party via U.S. Mail:

> International Procurement and Supply
> Chain Management Institute LLC
> c/o Harvard Business Services
> 16192 Coastal Highway
> Lewes, Delaware 19958

*/s/ Daniel A. Taylor*
Daniel A. Taylor (6934)