IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL PURCHASING AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PROCUREMENT AND SUPPLY CHAIN MANAGEMENT INSTITUTE LLC,<br><br>Defendant. | C.A. No. 24-1018-CFC |

[PROPOSED] ORDER

At Wilmington, on this 5th day of February, 2025;

The Court having awarded Plaintiff "the costs of the action and reasonable attorney fees pursuant to 15 U.S.C. § 1117(a) and/or 6 Del. C. § 2533(b)[,]" (D.I. 20 ¶¶ 1–8) and upon consideration of Plaintiff's Motion for Fees and Costs;

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

1. Defendant and International Procurement and Supply Chain Management Institute LLC shall pay Plaintiff $54,120.00 in attorney fees; and

2. The Clerk of Court is directed to close the case

_____
The Honorable Colm F. Connolly
Chief United States District Judge